B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Lok Redwood Empire Properties, Inc.** Case No. _____
Debtor(s) Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A-1 Produce<br>P.O. Box 5086<br>Petaluma, CA 94955 | A-1 Produce<br>P.O. Box 5086<br>Petaluma, CA 94955 | | | 144.20 |
| Alhambra or Sierra Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | Alhambra or Sierra Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | | | 357.63 |
| Caltronics Business Systems<br>10491 Old Placerville Rd., Ste. 150<br>Sacramento, CA 95827-2508 | Caltronics Business Systems<br>10491 Old Placerville Rd., Ste. 150<br>Sacramento, CA 95827-2508 | Equipment lease | | 126.11 |
| Choice Hotels International<br>P.O. Box 99992<br>Chicago, IL 60696-7792 | Choice Hotels International<br>P.O. Box 99992<br>Chicago, IL 60696-7792 | Franchise fees | | 19,700.89 |
| Choice Hotels International<br>P.O. Box 79880<br>Baltimore, MD 21279-9882 | Choice Hotels International<br>P.O. Box 79880<br>Baltimore, MD 21279-9882 | Franchise fees | | 2,472.64 |
| City of Petaluma<br>Finance Division<br>P.O. Box 61<br>Petaluma, CA 94953-0061 | City of Petaluma<br>Finance Division<br>P.O. Box 61<br>Petaluma, CA 94953-0061 | Transit Occupancy Tax | | 28,055.56 |
| De Lage Landen Financial Group<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | De Lage Landen Financial Group<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | | | 155.87 |
| Fishman Supply Company<br>P.O. Box 750279<br>Petaluma, CA 94975-0279 | Fishman Supply Company<br>P.O. Box 750279<br>Petaluma, CA 94975-0279 | | | 351.71 |
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | | 897.28 |
| Info-Hold, Inc.<br>4120 Airport Rd.<br>Cincinnati, OH 45226 | Info-Hold, Inc.<br>4120 Airport Rd.<br>Cincinnati, OH 45226 | | | 43.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lok Redwood Empire Properties, Inc.**             Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| K&L Construction, Inc.<br>Attn: Alec Lok<br>P.O. Box 1076<br>Penngrove, CA 94951 | K&L Construction, Inc.<br>Attn: Alec Lok<br>P.O. Box 1076<br>Penngrove, CA 94951 | building repair | | 30,743.47 |
| Lodgenet Entertainment Corp.<br>P.O. Box 952141<br>Saint Louis, MO 63195-2141 | Lodgenet Entertainment Corp.<br>P.O. Box 952141<br>Saint Louis, MO 63195-2141 | Satellite TV | | 1,376.37 |
| Playground Consulting<br>P.O. Box 1236<br>Zephyr Cove, NV 89448 | Playground Consulting<br>P.O. Box 1236<br>Zephyr Cove, NV 89448 | Telephone/IT Services | | 247.50 |
| Richard Quan<br>2028 Blacksmith Way<br>Santa Rosa, CA 95407-4519 | Richard Quan<br>2028 Blacksmith Way<br>Santa Rosa, CA 95407-4519 | loan | | 38,415.69 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8022 | State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8022 | taxes | | 134.00 |
| Telepacific Communications<br>P.O. Box 526015<br>Sacramento, CA 95852-6015 | Telepacific Communications<br>P.O. Box 526015<br>Sacramento, CA 95852-6015 | | | 838.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 8, 2009**          Signature  **/s/ Kirkman L. Lok**
                                                **Kirkman L. Lok**
                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy